IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE HOWISEY, as attorney in fact for WALLACE E. HOWISEY, an incapacitated person,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA LIFE ASSURANCE COMPANY, a foreign corporation organized under the laws of the State of Iowa, and JOHN MISSLER AND JANE DOE MISSLER, husband and wife and the marital community composed thereof, Washington residents.<br><br>Defendants. | Case No. 2:17-cv-00009 RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

THIS MATTER, having come before the Court on Plaintiff's Motion for Leave to File First Amended Complaint (the "Motion"). The Court, having considered the following:

1) Plaintiff's Motion and supporting declaration;

2) Defendants' Response; and

3) The pleadings and papers on file with the Court.

**HEREBY ORDERS AND FINDS THAT:**

1) Plaintiff's unopposed Motion is GRANTED. Plaintiff may file the First Amended Complaint in its form as attached to Rogers Decl. as Exhibit 3, and attached to the Motion.

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT - 1**
Case No. 2:17-cv-00009

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

DATED THIS 25th day of April, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:
BADGLEY MULLINS TURNER PLLC

*s/ Daniel A. Rogers* _____
Daniel A. Rogers, WSBA No. 46372
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Facsimile: (206) 621-9686
Email: duncanturner@badgleymullins.com

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT - 2**
Case No. 2:17-cv-00009

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686