# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKE HOWISEY, as attorney in fact for
WALLACE E. HOWISEY, an incapacitated
person,

        Plaintiff,

   v.

TRANSAMERICA LIFE INSURANCE
COMPANY, a foreign corporation organized
under the laws of the State of Iowa,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. C17-0009 RSM

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    THE COURT HAS ORDERED THAT: Defendant Transamerica's Motion for Summary Judgment (Dkt. #40) is GRANTED. All of Plaintiff Howisey's claims in this matter are DISMISSED. Plaintiff Howisey's Motion for Partial Summary Judgment (Dkt. #47) is DENIED. All other pending Motions are STRICKEN as MOOT.
This case is CLOSED.

Dated this 30th day of November 2017.

                              WILLIAM M. MCCOOL
                              Clerk

                              /s/ Paula McNabb
                              Deputy Clerk