1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

17

| MIKE HOWISEY, as attorney in fact for WALLACE E. HOWISEY, an incapacitated person, | Case No. C17-00009RSM |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO CERTIFY JUDGMENT PURSUANT TO RULE 54(b) |
| v. | |
| TRANSAMERICA LIFE INSURANCE COMPANY, a foreign corporation organized under the laws of the State of Iowa, | |
| Defendant. | |

18

19

20

21

22

This matter comes before the Court on Defendant Transamerica Life Insurance Company's Motion to Certify Judgment Pursuant to Rule 54(b). Dkt. #82. Plaintiff Mike Howisey "has no objection to the Court certifying its prior rulings as a final judgment under Federal Rule of Civil Procedure 54(b)." Dkt. #83 at 2.

23

24

25

26

To the extent necessary, the Court determines there is no just reason for delay with respect to its prior summary judgment Order (Dkt. #73) and the Order therefore can be certified as a final judgment with respect to all of Plaintiff's claims pursuant to Rule 54(b).

27

28

ORDER DENYING MOTION FOR RECONSIDERATION - 1

1

        Having reviewed the Defendant's motion to certify judgment pursuant to Rule 54(b)

2
and the remainder of the record, the Court hereby finds and ORDERS that Defendant's Motion,

3
Dkt. #82, is GRANTED as stated above.

4
        DATED this 7 day of May, 2018.

5

6

7

8

9                                        RICARDO S. MARTINEZ
                                         CHIEF UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING MOTION FOR RECONSIDERATION - 2